(164 App. Div. 271)

PEOPLE ex rel. MULHERN v. INDEPENDENT DOCK BUILDERS' BENEVOLENT UNION OF GREATER NEW YORK AND VICINITY. (No. 6358.)

(Supreme Court, Appellate Division, First Department. November 6, 1914.)

Appeal from Special Term, New York County.

Mandamus by the People, on relation of John Mulhern, against the Independent Dock Builders' Benevolent Union of Greater New York and Vicinity. From an order denying an application for a peremptory or alternative writ, relator appeals. Reversed, and motion for peremptory writ granted.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, DOWLING, and HOTCHKISS, JJ.

Benjamin W. Moore, of New York City, for appellant.
John J. O'Connor, of New York City, for respondent.

CLARKE, J.   The facts are similar to those in People ex rel. Helmstrom, 149 N. Y. Supp. 771, handed down herewith; relator having been included in the same charges and tried at the same time as Helmstrom. Without passing upon the question, as to this relator, whether the charges were substantial, and whether there was *any* evidence to sustain them, for the reasons there set forth, the order appealed from should be reversed, with $10 costs and disbursements, and the motion for a peremptory writ of mandamus requiring his reinstatement granted, with $10 costs. All concur.